1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOE SHARP SALAS,                              1:05 0508 AWI SMS HC

12              Petitioner,

13        vs.                                      ORDER GRANTING MOTION TO
                                                   PROCEED IN FORMA PAUPERIS
14   CORCORAN STATE PRISON
     LAW OFFICE, et al.,                           (DOCUMENT #4 - Northern District)

15              Respondent.

16   _____/

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed an application to proceed in forma pauperis and a certified copy of

20   petitioner's prison trust account statement.   Examination of these documents reveals that petitioner

21   is unable to afford the costs of this action.   Accordingly, the motion to proceed in forma pauperis is

22   GRANTED.  See 28 U.S.C. § 1915.

23   IT IS SO ORDERED.

24   **Dated:    May 25, 2005**              **/s/ Sandra M. Snyder**
     23ehd0                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28